**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CALVIN EFFRON**                                                                        **PETITIONER**
**Reg. #30542-034**
**v.**                                        **Case No. 2:18-cv-00150-KGB**

**C.V. RIVERA, Warden,**
**FCI – Forrest City**                                                            **RESPONDENT**

**ORDER**

Before the Court are the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 16). On April 5, 2019, this Court denied as moot petitioner Calvin Effron's motion to extend time to reply to the response to his *habeas corpus* petition, but the Court granted *sua sponte* an extension of 45 days for Mr. Effron to file any objections to Judge Harris' Findings and Recommendation (Dkt. No. 18). Pursuant to that Order, the Clerk of Court sent another copy of Judge Harris' Findings and Recommendation to Mr. Effron on the same day. Mr. Effron had up to and including May 20, 2019, to file any objections to Judge Harris' Findings and Recommendation (Dkt. No. 18, at 1). That deadline has passed, and Mr. Effron did not file any objections. After careful review, the Court adopts the Findings and Recommendation in their entirety as this Court's findings in all respects (Dkt. No. 16). Accordingly, the Court dismisses without prejudice Mr. Effron's petition for writ of *habeas corpus*. Mr. Effron may pursue 28 U.S.C. § 2255 relief by seeking authorization from the Fifth Circuit Court of Appeals to file a second or successive petition with the trial court. *See* 28 U.S.C. § 2255(h).

It is so ordered this 26th day of August, 2019.

_____
Kristine G. Baker
United States District Judge