IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CALVIN EFFRON**  **PETITIONER**
Reg. #30542-034
v.　　　　　　　　　Case No. 2:18-cv-00150-KGB

**C.V. RIVERA, Warden,**
**FCI – Forrest City**　　　　　　　　　**RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Calvin Effron's petition for writ of *habeas corpus* is dismissed without prejudice.

It is so adjudged this 26th day of August, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　United States District Judge